IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01530-WYD-CBS

LEE RASMUSSEN,

     Plaintiff,

v.

DAVID BAR OR;
RICHARD L. YUKL; and
GARY S. HELD,

     Defendants.

## ORDER OF DISMISSAL

     Pursuant to the Parties' Stipulation for Dismissal with Prejudice filed pursuant to FED. R. CIV. P. 41(a) on April 23, 2007, it is

     ORDERED that this case is hereby **DISMISSED WITH PREJUDICE**, each party to pay his own attorneys' fees and costs.  It is

     FURTHER ORDERED that Defendant Richard L. Yukl's Motion to Dismiss filed January 6, 2007, is **DENIED AS MOOT**.

     Dated:  April 24, 2007

                                                    BY THE COURT:

                                                    s/ Wiley Y. Daniel
                                                    Wiley Y. Daniel
                                                    U. S. District Judge